

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

OCT 3 1 2006

J. T. NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    CRIMINAL NO. 4:05CR45WHBJCS

HENRY JEROME ARMSTRONG


ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses

the Criminal Indictment against the defendant, HENRY JEROME ARMSTRONG.


DUNN LAMPTON
United States Attorney


/s/ H. Colby Lane
By:   H. COLBY LANE
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 31st day of October, 2006.


_____
UNITED STATES DISTRICT JUDGE